*In re* LUIS A. RIVERA VÁZQUEZ.

*Número:* TS-5916          *Resuelto:* 7 de abril de 2006

*Salvador Antonetti Stutts,* procurador general; *José M. Montalvo Trías,* director ejecutivo del Colegio de Abogados de Puerto Rico; *Ángel E. Vega Ramos,* abogado de la parte peticionaria; *Luis A. Rivera Vázquez,* notario suspendido, peticionario.

## RESOLUCIÓN

Examinada la Moción sobre Reinstalación a la Notaría, presentada por el Lic. Luis A. Rivera Vázquez el 21 de marzo de 2006, *se ordena la reinstalación del referido abogado al ejercicio de la notaría.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*